FILED: August 28, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-4519 (L)
(5:14-cr-00011-MFU-6)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

MICHAEL BRYAN FRANCO, a/k/a Mike Franco

  Defendant - Appellant

_____

No. 17-4548
(5:14-cr-00011-MFU-6)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellant

v.

MICHAEL BRYAN FRANCO, a/k/a Mike Franco

  Defendant - Appellee

_____

# O R D E R
_____

The court consolidates Case No. 17-4519 and Case No. 17-4548 as cross appeals. The appellant in Case No. 17-4519 shall be considered the appellant for purposes of the consolidated appeals and shall proceed first at briefing and at oral argument. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

                                            For the Court--By Direction

                                            /s/ Patricia S. Connor, Clerk