# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
|         Appellant : | |
| v. : | Record No.: 17-4548 |
| : | |
| MICHAEL FRANCO, : | |
|         Appellee : | |

**MOTION FOR EXTENSION OF TIME**

COMES NOW the United States, by and through its counsel, Assistant United States Attorney Anthony P. Giorno, and moves this Honorable Court for an extension of time in which to file the Appellant's Brief. In support of its motion, the undersigned states as follows:

The Appellant's Brief in this case is currently due on November 21, 2017. The United States cannot proceed in this case without permission from the Solicitor General of the United States, and in this case, the Solicitor General needs further time to evaluate the merits of this appeal to determine whether, and to what extent, an appeal will be authorized.

The United States has contacted Appellant's Counsel, Russell D. Bostic, Esquire, and has been informed that he has no objection to the United States' Motion for Extension of Time.

For the above reasons, the United States respectfully requests an extension of time of twenty-one days or until December 12, 2017, in which to file the Appellant's Brief.

        Respectfully submitted,

        RICK A. MOUNTCASTLE
        United States Attorney

        s/ Anthony P. Giorno
        Assistant United States Attorney
        VA Bar No. 15830
        Anthony.Giorno@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on November 16, 2017, I electronically filed the foregoing Notice to Voluntary Dismiss the appeal with the Clerk of the Court using the CM/ECF System, which will send notification of this Notice to Counsel for the Appellee.

                                              s/ Anthony P. Giorno
                                              Assistant United States Attorney