FILED: November 17, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-4519 (L)
(5:14-cr-00011-MFU-6)
_____

UNITED STATES OF AMERICA

 Plaintiff - Appellee

v.

MICHAEL BRYAN FRANCO, a/k/a Mike Franco

 Defendant - Appellant

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 12/12/2017

Opening brief due: 12/12/2017

Opening/response brief due: 01/02/2018

Response/reply brief due: 01/23/2018

Any reply brief: 10 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk